# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

Full Caption of Later Filed Case:

ASHANTI BONDS

| Plaintiff | Case Number |
|---|---|
| vs. | 18-cv-2338 |
| General Motors, LLC<br>300 Renaissance Center<br>Detroit, MI 48265-0001<br>(Wayne County) | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

IN RE: GENERAL MOTORS, LLC
IGNITION SWITCH LITIGATION

| Plaintiff | Case Number |
|---|---|
| vs. | 14-MD-2543 (JMF) |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open — (If so, set forth procedural status and summarize any court rulings.)

MDL 2543 is currently in pretrial proceeding pertaining to both personal injury/wrongful death claims and economic loss class claims. Direct filing is permitted in MDL 2543 under Order No. 8.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The cases involve the same set of underlying facts and alleged wrongdoing in connection with the General Motors Ignition Switch Litigation.

Plaintiff believes that it would be appropriate to assign the above-captioned case to the same judge in light of the subject matter of this case to avoid duplication of judicial efforts. See L.R. 1.6(a) and Rule 13 of the Rules for the Division of Business Among District Judges.

Signature: __Eric G. Jensen_____   Date: __03/16/2018__

Firm: __The Potts Law Firm_____